KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIKHAIL VITOLDOVICH PAUKSHTO,<br><br>Plaintiff,<br><br>v.<br><br>Department of Homeland Security, MICHAEL CHERTOFF, Secretary; US Attorney General, ALBERTO GONZALES; Federal Bureau of Investigation, ROBERT MUELLER, Director; US Citizenship and Immigration Services, Emilio T. Gonzalez, Director; US Citizenship and Immigration Services, ALFONSO AGUILAR, Chief of Office of Citizenship; US Citizenship and Immigration Services, DAVID STILL, District Director, San Francisco District,<br><br>Defendants. | Case No. 06-3390 JSW<br><br>**STIPULATION TO DISMISS and [PROPOSED] ORDER** |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice because the United States Citizenship and Immigration Services is now prepared to adjudicate Petitioner's application for naturalization, and agrees to approve such application within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

///

Stip. to Dismiss
C06-3390 JSW          1

| | | |
|---|---|---|
| 1 | Date: July 14, 2006 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: July 13, 2006

/s/
RUBY LIEBERMAN
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   July 14, 2006

_____
JEFFREY S. WHITE
United States District Judge

Stip. to Dismiss
C06-3390 JSW                                    2